AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Scott Geddes,          **AMENDED**
                            **JUDGMENT IN A CIVIL CASE**
                            CASE NUMBER: 1:13-CV-986S

v.

Brian Fischer, DOCCS.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

Further, leave to appeal to the Court of Appeals as a poor person is denied.


Date:  March 5, 2014                             MICHAEL J. ROEMER, CLERK


                                          By:   s/Deborah M. Zeeb
                                                 Deputy Clerk